435 A.2d 265

Commonwealth to Use of Blueville Bk., etc. v.
Mathews, Appellant.

Argued November 11, 1980. James P. Hook, for appellant; William R. Nalitz, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Mathews appeals the Order of the court below sustaining Blueville Bank's preliminary objection to Mathews's raising, in new matter, the affirmative defense of res judicata and ordering the case to trial. The appeal is thus interlocutory, and not final, and may not be heard.[1] See Pa.R.App.P. 341(a). Appeal quashed.

1. This appeal falls within none of the exceptions set forth by Pa.R. App.P. 311 and 312.